## HALL v. ROYCE.

1. **Venue:** ACTION FOR LIBEL.   An action for libel is a personal action and must be brought in the county where the defendant resides, though the libel was published in another county.

*Appeal from Floyd Circuit Court.*

FRIDAY, JUNE 18.

THIS action was brought in the Floyd Circuit Court to recover damages for the alleged publication of a libel in Floyd county.   The defendant is a resident of Butler county.   He

appeared to the action and moved the court for an order changing the place of trial to Butler county. The court sustained the motion and rendered judgment against the plaintiff for twenty-five dollars, attorneys' fees. The plaintiff appeals.

*J. W. Merrill* and *S. P. Leland*, for appellant.

*Hemenway, Polk & Thorp*, for appellee.

DAY, J.—Section 2586 of the Code provides: "Except when otherwise provided herein, personal actions must be

1. VENUE: action for libel.

brought in a county wherein some of the defendants actually reside * * ." The action for libel is a personal action. There is no other provision respecting it than that contained in the foregoing section. It follows that the place of trial was properly changed to the defendant's residence.

AFFIRMED.